1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 OMAR MARISCAL,                          No. 1:20-cv-00089-NONE-EPG (PC)

12          Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS, DISMISSING
13     v.                                  ACTION AND DIRECTING THE CLERK
                                           OF COURT TO ASSIGN DISTRICT
14 SUPERIOR COURT OF CALIFORNIA            JUDGE AND CLOSE THIS CASE
   COUNTY OF RIVERSIDE, et al.,
15                                         (Doc. Nos. 13 & 15)
            Defendants.
16

17          Omar Mariscal ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights

18 action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19 Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 21, 2020, the assigned magistrate judge entered findings and recommendations,

21 recommending that plaintiff's claim challenging his conviction and sentence be dismissed as

22 barred by the decision in *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994) and that his other

23 claims be dismissed either because those claims are newly asserted in plaintiff's amended

24 complaint or were unrelated to the claim challenging his conviction.  (Doc. No. 15.)

25          Plaintiff was provided an opportunity to file objections to the findings and

26 recommendations.  Plaintiff filed objections on August 10, 2020.  (Doc. No. 16.)

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

28 court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

the court finds the findings and recommendations to be supported by the record and proper

analysis.  Plaintiffs' objections do not call into question the reasoning presented in the findings

and recommendations.

    Accordingly, THE COURT HEREBY ORDERS that:

1.    The findings and recommendations issued on July 21, 2020, (Doc. No. 15), are adopted;

2.    Plaintiff's claim challenging his conviction and sentence is dismissed without prejudice;[1]

3.    All other claims are also dismissed without prejudice; and

4.    The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

    Dated:  __August 18, 2020__        _____

                                    UNITED STATES DISTRICT JUDGE

---

[1] The dismissal of the *Heck*–barred claim is without prejudice to its refiling in the event plaintiff's conviction or sentence at issue were to be reversed, expunged, or otherwise invalidated.